[No. 18743.  Department Two.  March 10, 1925.]

KENNEWICK SUPPLY & STORAGE COMPANY, *Appellant*, v. F. W. HEMBREE
*et al., Respondents.*[1]

Appeal from a judgment of the superior court for Benton county,
Truax, J., entered March 7, 1924, upon sustaining a demurrer to the
complaint, dismissing an action to foreclose a chattel mortgage.
Affirmed.

*Moulton & Jeffrey*, for appellant.

*C. L. Holcomb*, for respondents.

*Kimball & Blake, P. D. Smith,* and *T. T. Grant, amici curiae.*

PER CURIAM.—The sole question and the judgment in this case
are similar to those in the case of *Kennewick Supply & Storage Co.
v. Fry, ante* p. 341, 233 Pac. 658, and for the reasons therein given,
the judgment in this case is affirmed.